THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
HARRY KNOWLES (IMPLEADED), PLAINTIFF IN ERROR.

Submitted February 12, 1926—Decided April 8, 1926.

On error to the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 1241.

For the defendant in error, *John O. Bigelow.*

For the plaintiff in error, *Harry Simandl.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, GARDNER, VAN BUSKIRK, KAYS, HETFIELD, JJ. 9.

*For reversal*—None.